UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GALENA LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22 cv-04305 |
| | ) | |
| v. | ) | Judge Hon. Franklin U. Valderrama |
| | ) | |
| S & S LOGISTICS, INC., | ) | |
| RAFAL CYMERKIEVICZ, | ) | |
| SEBASTIAN POWROZNIK, | ) | Magistrate Judge Hon. Jeffrey Cole |
| NENAD JOVANOVIKJ | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Defendants file this unopposed Motion for entry of an Order extending Defendants' time to answer or otherwise respond to Plaintiff's Motion to Compel through and including March 17, 2023. In support of its Motion, Defendants state as follows:

1. On or about August 15, 2022, Plaintiff filed the above-captioned Complaint.

2. On February 23, 2023, Plaintiff filed her Motion to Compel discovery responses of Defendants.

3. Since filing her Motion to Compel, Defendants have amended their discovery responses, addressing many of Plaintiff's concerns.

4. Certain discovery responses remain incomplete and require Defendants to supplement.

5. Three of the individually-named Defendants in this lawsuit are owners of the corporate Defendant but also full-time truck drivers who spend the vast majority of the month on the road. Defendant's counsel had informed Plaintiff's counsel of this and has committed to fully responding to the remaining incomplete discovery requests by March 10, 2023.

1

6. Fact discovery is set to close on September 29, 2023.

7. A settlement conference is scheduled before Judge Cole on April 5, 2023.

8. The extension requested by Defendants to respond to Plaintiff's Motion to Compel is for good cause and will not unduly delay this litigation.

9. A proposed Order extending Defendants' time to respond to Plaintiff's Motion to Compel through and including March 17, 2023 is attached.

WHEREFORE, Defendants, for good cause shown, respectfully request that the Court enter an Order extending Defendants' time to answer or otherwise respond to Plaintiff's Motion to Compel through and including March 17, 2023.

DATED: March 3, 2023            Respectfully Submitted,

HR Law Counsel LLC

By: */s/ Ethan G. Zelizer*
HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com

Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on March 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                        /s/: Ethan G. Zelizer
                        Ethan G. Zelizer
                        HR Law Counsel
                        29 Main Street
                        Suite 350-C
                        Naperville, IL 60540
                        ethan@hrlawcounsel.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GALENA LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  22 cv-04305 |
| | ) | |
| v. | ) | Judge Hon. Franklin U. Valderrama |
| | ) | |
| S & S LOGISTICS, INC., | ) | |
| RAFAL CYMERKIEVICZ, | ) | |
| SEBASTIAN POWROZNIK, | ) | Magistrate Judge Hon. Jeffrey Cole |
| NENAD JOVANOVIKJ | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL**

Before the Court is Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Compel.

The Court grants Defendants' MOTION for an extension of time to respond to Plaintiff's Motion to Compel up to and including March 17, 2023.

SO ORDERED.                                    ENTERED: March 3, 2023


                                                            _____
                                                            Honorable Jeffrey Cole

4